IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MELISSA WALKER,**

        Plaintiff,

v.                                    **CASE NO: 8:14-cv-2429-T-23TBM**

**AUDUBON FINANCIAL BUREAU LLC, et al.,**

        Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, MELISSA WALKER, by and through the undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby voluntarily dismisses this action with prejudice.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was provided by Electronic Mail on January 21, 2015 to: Mr. Jose Riguera, Berman, Kean & Riguera, P.A., jrr@bermankean.com and deannel@bermankean.com (Counsel for Defendant).

                                              _s/     James S. Giardina_
                                              James S. Giardina
                                              Fla. Bar No. 0942421
                                              THE CONSUMER RIGHTS LAW GROUP, PLLC
                                              3104 W. Waters Avenue, Suite 200
                                              Tampa, Florida 33614-2877
                                              Tel: (813) 435-5055 ext 101
                                              Fax: (866) 535-7199
                                              James@ConsumerRightsLawGroup.com
                                              *Counsel for Plaintiff*