UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELISSA WALKER,

    Plaintiff,

v.                                   CASE NO. 8:14-cv-2429-T-23TBM

AUDUBON FINANCIAL
BUREAU, LLC, et al.,

    Defendants.
_____/

**ORDER**

In accord with the plaintiff's notice (Doc. 6), this action is **DISMISSED WITH PREJUDICE**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on January 23, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE